# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 341 WAL 2014
: 
            Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. : 
: 
: 
: 
CORY JOHN ALTMAN, : 
: 
          Petitioner : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.